

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-11-01106-CV

MICHAEL WEBB, Appellant

V.

AMERICAN EXPRESS CENTURION BANK, Appellee

Appeal from the County Civil Court at Law No. 4 of Harris County.   (Tr. Ct. No. 985259).

**TO THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 7th day of April 2015, the case upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal. Accordingly, the Court **dismisses** the appeal.

The Court orders that the appellant, Michael Webb, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 7, 2015.

Panel consists of Justices Jennings, Higley, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

